FILED
CLERK, U.S. DISTRICT COURT

APR 3 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

THOMAS WARREN,                    )     No. CV-07-884-AG (JWJ)
                  Petitioner,     )
                                  )
        v.                        )     JUDGMENT
                                  )
MIKE KNOWLES, Warden,             )
                  Respondent.     )
_____ )

        Pursuant to the Order of the Court adopting the recommendations of the
United States Magistrate Judge, and adopting the same as the facts and conclusions
of law herein,

        IT IS ADJUDGED that Judgment be entered granting the motion to dismiss
and dismissing the Petition as untimely.


DATED: April 30, 2008

                                        ANDREW J. GUILFORD
                                        United States District Judge