FILED
CLERK, U.S. DISTRICT COURT
APR 30 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WARREN,<br><br>        Petitioner,<br><br>v.<br><br>MIKE KNOWLES, Warden,<br><br>        Respondent. | No. CV-07-884-AG (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the instant Petition along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.

IT IS ORDERED that a Judgment be issued granting the motion to dismiss and dismissing the instant Petition as untimely.

///
///
///
///

1  IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
2  this Order and the Judgment of this date on counsel for Petitioner and Respondent.

3  DATED: APRIL 30, 2008

        ANDREW J. GUILFORD
        United States District Judge